odsmbnc (06/06)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

    Dewayne K. Long

    Debtor(s)

Bankruptcy Proceeding No. 09−82347−TJM
Chapter 13

Judge: Timothy J. Mahoney

**ORDER DISMISSING CASE**

ORDER DISMISSING CH. 13 CASE FOR FAILURE TO FILE PLAN AND/OR SCHEDULES. At the request of the Chapter 13 Trustee, this case is hereby dismissed for debtor's failure to comply with 11 U.S.C. Section 521 by failing to timely file a plan and/or schedules and statement of financial affairs.

Dated: October 2, 2009

BY THE COURT:

/s/ Timothy J. Mahoney
Bankruptcy Judge

Copies mailed to all creditors and parties in interest.