IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE DEWAYNE LONG, | ) | CASE NO. BK 09-82347 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| | ) | **OBJECTION TO CLAIM** |
| | ) | |

COMES NOW debtor and objects to the claim of JP Morgan Chase Bank for the following reasons:

1. Debtor alleges that there is no proper chain of title from Long Beach Mortgage Company to JP Morgan Chase Bank and thus JP Morgan Chase Bank lacks standing to bring any claim and is not the real party in interest (if any) in any event

2. Debtor alleges that if the Deed of Trust was sold or assigned to any third parties that any lien against the property ceased as the result of such securitization;

3. Debtor alleges that if the Deed of Trust was sold or assigned to any third parties that such was done "in blank" and that such renders any sale or assignment void as a matter of law;

4. Debtor alleges that if the Deed of Trust was sold or assigned to any third parties that such may violate the federal Truth in Lending Act and other related federal statutes;

5. Debtor alleges that the Deed of Trust was procured by the actual fraud of Long Beach Mortgage Company's agent, namely Schultz Financial Services, and thus any Deed of Trust is void as a matter of law;

6.       That the Debtor sent out a 20 day rescission notice to which the creditor never responded and thus Debtor is entitled to a recission as a matter of law.

WHEREFORE the debtor prays that his objection be sustained.

## **LAST DATE TO FILE RESISTANCE**

TO TRUSTEE AND INTERESTED PARTIES:

You are hereby notified that Dewayne Long has filed an Objection..

The last date to file a resistance to said Motion is 23 days from the date of this notice, or **December 21, 2009**.

Please govern yourselves accordingly.

/s Michael B. Kratville
Michael B. Kratville #18255
11920 Burt Street
Suite 145
Omaha, Nebraska 68154
(402) 391-5153
FAX (402) 393-0629

Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was emailed on the ECF system on the 28th day of November 2009 to all counsels of record in the BK proceeding.

/s Michael B. Kratville