**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF:<br><br>**DEWAYNE K. LONG**<br>SSN: ###-##-2479<br><br>Debtor. | ) BK. NO.  09-82347-TJM<br>)<br>) **CHAPTER 13**<br>)<br>)<br>)<br>) |

**TRUSTEE'S OBJECTION TO CLAIM OF WELLS FARGO SERVICING CENTER - COURT CLAIM #25**

**COMES NOW, Kathleen A. Laughlin**, Chapter 13 Trustee, and objects to the claim filed by **WELLS FARGO SERVICING CENTER** for the following reasons:

Pursuant to Federal Rule of Bankruptcy Procedure 3002(c) a proof of claim in a Chapter 13 Bankruptcy proceeding must be filed "not later than 90 days after the first date set for the meeting of creditors".  Thus, proofs of claim were required to be filed in this case on or before **1/11/10**. **WELLS FARGO SERVICING CENTER** did not file a proof of claim until **1/14/10** and therefore, the claim is untimely filed.

**WHEREFORE**, the Chapter 13 Trustee prays that her objection to the claim of **WELLS FARGO SERVICING CENTER** be granted and the claim disallowed.

DATED:  January 28, 2010

                                                  s/ Kathleen A. Laughlin
                                                  Kathleen A. Laughlin #16883
                                                  Chapter 13 Trustee
                                                  13930 Gold Circle, Suite #201
                                                  Omaha, NE 68144
                                                  (402) 697-0437
                                                  1-800-884-0437

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on PATRICIA A GERINGER, debtor attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on January 28, 2010, by first-class, U.S. mail, postage prepaid to the Debtor and the Creditor at the address listed below:

| | |
|---|---|
| DEWAYNE K. LONG<br>P O BOX 3<br>ASHLAND, NE 68003 | WELLS FARGO BANK<br>MAC X2505-016<br>PO BOX 10438<br>DES MOINES, IA 50306 |

                                                  s/ Kathleen A. Laughlin
                                                  Kathleen A. Laughlin

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  09-82347-TJM |
| | ) |
| **DEWAYNE K. LONG** | ) CHAPTER 13 |
| SSN: ###-##-2479 | ) |
| | ) |
| | ) |
| | ) |
| **Debtor.** | |

### NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013-1, you are notified as follows:

1. KATHLEEN A. LAUGHLIN, Chapter 13 Trustee, has filed a Trustee's Objection to claim of **WELLS FARGO SERVICING CENTER.**

2. The last day to file a resistance to the proof of claim of **WELLS FARGO SERVICING CENTER** is **February 18, 2010**. The Resistance must be served on the Trustee and the Debtor or Debtor's Attorney.

3. If the resistance period expires without the filing of any resistance, the Court will consider entering an order granting the relief sought without further notice or hearing.

DATED:  January 28, 2010

                                                                                     s/ Kathleen A. Laughlin
                                                                                     Kathleen A. Laughlin #16883
                                                                                     Chapter 13 Trustee
                                                                                     13930 Gold Circle, Suite #201
                                                                                     Omaha, NE 68144
                                                                                     (402) 697-0437
                                                                                      1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on PATRICIA A GERINGER, debtor attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on January 28, 2010, by first-class, U.S. mail, postage prepaid to the Debtor and the Creditor at the address listed below:

| | |
|---|---|
| DEWAYNE K. LONG | WELLS FARGO BANK |
| P O BOX 3 | MAC X2505-016 |
| ASHLAND, NE 68003 | PO BOX 10438 |
| | DES MOINES, IA 50306 |

                                                                                      s/ Kathleen A. Laughlin
                                                                                      Kathleen A. Laughlin