IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE DEWAYNE LONG, | ) | CASE NO. BK 09-82347 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| | ) | **PROOF OF SERVICE** |
| | ) | |

The undersigned hereby certifies that on February 4, 2010, I electronically filed a Motion to Avoid Lien with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all persons on the CM/ECF system and further certify that I have mailed by US Mail the document to non CM/ECF participants.

/s Michael B. Kratville
Michael B. Kratville #18255
11920 Burt Street
Suite 145
Omaha, Nebraska 68154
(402) 391-5153
FAX (402) 393-0629

Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2010, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all persons on the CM/ECF system and further certify that I have mailed by US Mail the document to non CM/ECF participants.

/s Michael B. Kratville