IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE DEWAYNE LONG, | ) | CASE NO. BK 09-82347 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| | ) | **AFFIDAVIT** |
| | ) | |

DEWAYNE LONG, first being duly sworn, states:

1. Affiant is the debtor in this case with personal knowledge of all facts set forth herein.

2. Affiant doesn't know if it is Affiant's signature or not on any of the documents filed by any of the creditors. Affiant needs and wants to see all originals of notes or documents to Woodhouse, Long Beach Mortgage, Wells Fargo, and Nebraska Furniture Mart to know if those are his actual signatures or not. Affiant has to be able to see the original signatures in order to do so. Without seeing the originals, Affiant doesn't know if he signed these documents or not.

3. Affiant never paid Woodhouse Ford and never paid Long Beach Mortgage either.

4. Affiant does not have the originals of any of the documents with any creditor in this case and does not know where the originals are of all such documents.

1

AFFIANT FURTHER SAYETH NAUGHT.

_____
DEWAYNE LONG

STATE OF NEBRASKA    )
                     )  ss:
COUNTY OF DOUGLAS    )

The foregoing document was acknowledged before me on the 8th day of April, 2010, by DEWAYNE LONG, who is known to me personally or who has produced satisfactory evidence of identification to me.


MICHAEL B. KRATVILLE
MY COMMISSION EXPIRES
November 15, 2013

_____
Notary Public