**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

IN THE MATTER OF:                                    ) BK. NO.  09-82347-TJM
                                                     )
DEWAYNE K. LONG                                      ) CHAPTER 13
                        SSN: ###-##-2479             )
                                                     )
                                                     )
                                                     )
**Debtor.**

**TRUSTEE'S REPORT TO THE COURT**

**COMES NOW, KATHLEEN A. LAUGHLIN**, Chapter 13 Trustee, and files this report with the Bankruptcy Court in compliance with the Court Order (doc. 166) dated **April 13, 2010,** in the above captioned case.

1.  The Court granted the Trustee's motion to dismiss, but gave the debtor until April 30, 2010, to convert the case to another chapter.

2.  As of this date, the debtor has not filed a motion to convert.   Debtor's attorneys have not been in touch with the Trustee's office to indicate a need for additional time.  The Trustee knows of no reason that the case should not be dismissed.

3.  The Trustee requests that the case be dismissed now that the deadline to file a motion to convert has expired without action by the debtor.

       DATED:  May 3, 2010

                                        Respectively submitted,

                                        s/ Kathleen A. Laughlin
                                        Kathleen A. Laughlin #16883
                                        Chapter 13 Trustee
                                        13930 Gold Circle, Suite #201
                                        Omaha, NE 68144
                                        (402) 697-0437
                                        1-800-884-0437

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Trustee's Report to the Court was served on PATRICIA A GERINGER, debtor attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on May 3, 2010, by first-class, U.S. mail, postage prepaid to the Debtor at the address listed below:

DEWAYNE K. LONG
P O BOX 3
ASHLAND, NE 68003

                                        s/ Kathleen A. Laughlin
                                        Kathleen A. Laughlin