odsmbnc (03/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

    Dewayne K. Long

    Debtor(s)

Bankruptcy Proceeding No.  09–82347–TJM
Chapter  13

Judge:  Timothy J. Mahoney

**ORDER DISMISSING CASE**

    It is ordered that this case is hereby dismissed for the debtor's failure to comply with previous order of the court and convert to another chapter.

Dated:  May 4, 2010

                            BY THE COURT:

                            /s/ Timothy J. Mahoney
                            Bankruptcy Judge

Copies mailed to all creditors and parties in interest.