ntcnc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Dewayne K. Long

Debtor(s)

Bankruptcy Proceeding No. 09–82347–TJM
Chapter 13

Judge: Timothy J. Mahoney

## NOTICE OF NONCOMPLIANCE

ISSUE:    Objection to Claim

ATTY:

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 5/17/10

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.

DeWayne Long
P.O. Box 3
Ashland, NE 68003