UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DEWAYNE K. LONG, ) | Case No. BK09-82347 |
| ) | ADV. No. 10-08038 |
| ) | |
| DEBTOR. ) | DEBTOR'S CERTIFICATION IN |
| ) | SUPPORT OF EXTENSION OF |
| ) | AUTOMATIC STAY AS TO |
| ) | PENDING EVICTION ACTION. |

I, Dewayne K. Long, the Debtor in the above styled case, hereby declare under penalty of perjury that:

1. On September 3, 2009, I filed a petition under chapter 13 of the Bankruptcy Code.
2. The case was dismissed on May 4, 2010 because the Debtor had not converted the chapter 13 to chapter 7 or dismissed the case.
3. At the time of the filing of the petition, I certify there were circumstances under which I would be permitted under applicable non-bankruptcy law to cure the entire monetary default that gave rise to the wrongful foreclosure and the subsequent judgment for possession.
4. I have filed an appeal concerning the dismissal of my chapter 13 case which is pending before the Federal District Court for the District of Nebraska.
5. I have also filed an adversary complaint for wrongful foreclosure under case number 10-08038.
6. The trial judge in the Sarpy County District Court advised me that if I could obtain an extension of stay from the Bankruptcy Court, then his order would be moot and I would not have to vacate my premised while my appeal is pending.
7. The trial judge gave me until Noon on Friday, August 13, 2010 to obtain an order for extension of stay from the Bankruptcy Court.
8. I respectfully request that the Court would grant an extension of the automatic stay pending my appeal in to the District Court concerning the dismissal of my chapter 13.

DATED: August 12, 2010

_____
Dewayne K. Long

Sworn and subscribed before me this 12th day of Aug, 2010.

**JAMIE MATHESON**
**Notarial Seal - Iowa**
**Commission # 756227**
**My Commission Expires 12/15/2011**

_____
Notary Public